1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID JEROME OLIVER SR. et al.,

11          Plaintiffs,                    Case No. 2:12-cv-2705 KJM DAD PS

12       vs.

13   SUPERIOR COURT OF THE STATE        ORDER
     OF CALIFORNIA FOR THE COUNTY
14   OF PLACER, et al.,

15          Defendants

16   _____/

17          This matter came before the court on February 1, 2013, for hearing of the

18   amended motion to consolidate filed by defendant Placer County Superior Court.  (Doc. No. 12.)

19   Andreas Garza, Esq. appeared telephonically for defendant Placer County Superior Court.

20   Plaintiff David Jerome Oliver, Sr., appeared telephonically on his own behalf.  Plaintiff Genesia

21   Lei Aloha Oliver appeared telephonically on her own behalf.  Plaintiff Chalise Monique Wilborn

22   appeared on her own behalf and plaintiff Mary Estelle Oliver appeared on her own behalf.

23          Upon consideration of the parties' arguments on file and at the hearing, and for

24   the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

25          1.  Defendant Placer County Superior Court's December 13, 2012 amended

26   motion to consolidate (Doc. No. 12) is denied without prejudice;

1

1         2.  Defendant Placer County Superior Court shall file a response to plaintiff's

2   amended complaint within fourteen days;

3         3.  Plaintiffs' January 14, 2013 amended motion for summary judgment (Doc. No.

4   17) is denied without prejudice; and

5         4.  The Status (Pretrial Scheduling) Conference previously set for March 15, 2013,

6   is vacated.

7   DATED: February 4, 2013.

8

9                               _____

                            DALE A. DROZD

10                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14  DAD:6
    Ddad1\orders.pro se\oliver2705.oah.020113

15

16

17

18

19

20

21

22

23

24

25

26