IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JEROME OLIVER SR. et al.,

      Plaintiffs,              Case No. 2:12-cv-2705 KJM DAD PS

      vs.

SUPERIOR COURT OF THE STATE      ORDER
OF CALIFORNIA FOR THE COUNTY
OF PLACER, et al.,

      Defendants
_____/

      This matter came before the court on February 1, 2013, for hearing of the amended motion to consolidate filed by defendant Placer County Superior Court.  (Doc. No. 12.) Andreas Garza, Esq. appeared telephonically for defendant Placer County Superior Court. Plaintiff David Jerome Oliver, Sr., appeared telephonically on his own behalf.  Plaintiff Genesia Lei Aloha Oliver appeared telephonically on her own behalf.  Plaintiff Chalise Monique Wilborn appeared on her own behalf and plaintiff Mary Estelle Oliver appeared on her own behalf.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. Defendant Placer County Superior Court's December 13, 2012 amended motion to consolidate (Doc. No. 12) is denied without prejudice;

1

2. Defendant Placer County Superior Court shall file a response to plaintiff's amended complaint within fourteen days;

3. Plaintiffs' January 14, 2013 amended motion for summary judgment (Doc. No. 17) is denied without prejudice; and

4. The Status (Pretrial Scheduling) Conference previously set for March 15, 2013, is vacated.

DATED: February 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\oliver2705.oah.020113